IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
FEB 17 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:22-MJ-14 |
| | ) (Misdemeanor) |
| LISBERTH M. CORBURGER | ) VA 19 |
| | ) |
| | ) Court Date: February 28, 2022 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) Ticket No.E1249058

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 23, 2021, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, LISBERTH M. CORBURGER, did, knowingly steal, purloin or convert for her personal use or the use of another, property of the United States to wit: a bottle of CoCo Chanel Noir perfume. The total loss to the United States

being $63.00. (In violation of Title 18, United States Code, Section 641.)

                              JESSICA D. ABER
                              UNITED STATES ATTORNEY

By: _____
      JEFFREY L. PORTER
      Attorney for the Government
      United States Attorney's Office
      2732 Madison Avenue
      Fort Eustis, Virginia 23604
      Phone: (757) 878-2205, ext 234
      Fax: (757) 878-3442
      Jeffrey.l.porter27.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Feb 14, 2022, I served a true copy of the foregoing CRIMINAL INFORMATION on LISBERTH M. COBURGER.

JEFFREY L. PORTER
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-3442
Jeffrey.l.porter27.mil@mail.mil